2010–1083.   State v. Patterson.
Clark App. No. 2009 CA 16, 2010-Ohio-2012. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# ADMINISTRATIVE ACTIONS
## *August 30, 2010*

[Cite as *08/30/2010 Administrative Actions*, 2010-Ohio-4036.]

Amendments to Canon 4 of the Ohio Code of Judicial Conduct (Rule 4.2(B) and (C) and Comment [2] and Rule 4.4(A) and Comment [1]) were reported in the Supreme Court of Ohio Administrative Actions dated August 11, 2010. The amendments were effective August 12, 2010.

The final version of the amendments has been published in the August 30, 2010 Ohio Official Reports advance sheet.

# CASE ANNOUNCEMENTS
## *August 31, 2010*

[Cite as *08/31/2010 Case Announcements*, 2010-Ohio-4082.]

## MISCELLANEOUS DISMISSALS

2010–0669.   State ex rel. Bensman v. Lucas Cty. Bd. of Elections.
Lucas App. No. L–08–1211. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the joint application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1:

2009–1755.   State ex rel. Lackey v. Indus. Comm.
Franklin App. No. 08AP–262, 2009-Ohio-4208.